**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BERLINSKI, TIMOTHY E                                        Case No. 8:25-bk-01302-RCT

                                                                                    Chapter 7

Debtor(s)/

**TRUSTEE'S REPORT OF SALE**

For, and in consideration of the sum of THREE THOUSAND SEVEN HUNDRED FORTY SIX DOLLARS AND NO CENTS ($3,746.00) paid, the receipt is hereby acknowledged, ANGELA WELCH, TRUSTEE for TIMOTHY E BERLINSKI hereby conveys and transfers to TIMOTHY E BERLINSKI any interest, if any, she may have as Trustee in the following described personal property:

**BUYBACK OF:**

2024 Trailer High Country VIN#7FWBE2421P1024701; 2 Beds, sectional, 2 Dressers, Washer, Dryer, Table and Chairs; Desktop, and Cell Phone, 1 TV; Used Clothes and Shoes

ANGELA WELCH, AS TRUSTEE, DISCLAIMS ANY WARRANTY OF ANY KIND AS TO THE MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE, EXPRESS OR IMPLIED IN THE ABOVE ITEMS.

This sale is "AS, WHERE IS"

Dated: June 6, 2025

                                                                /s/Angela Welch, Trustee
                                                                Angela Welch, Trustee
                                                                12191 W. Linebaugh Avenue #401
                                                                Tampa, FL 33626
                                                                (813) 814-0836
                                                                welchtrustee@gmail.com

cc: Electronic mail delivery: Asst. U.S. Trustee, USTPRegion21.TP.ECF@USDOJGOV, Brian Edward Miller b.miller@theindependencelaw.com and by regular mail to Timothy E Berlinski 1016 Middlemas Road Helena, MT 59602